UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOTTIE ALEXANDER,

    Plaintiff,

v.                                     CASE NO. 2:19-cv-00867-FtM-66NPM

ENVISION HEALTHCARE CORP.,
et al.,

    Defendants.
_____/

## ORDER

In accord with the parties' stipulation (Doc. 34), this action is **DISMISSED WITH PREJUDICE**.  The clerk is ordered to close the case.

ORDERED in Fort Myers, Florida, on July 29, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE